MOLLY M. REZAC
Nevada Bar No. 7435
molly.rezac@ogletree.com
OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
200 S. Virginia Street, 8th Floor
Reno, Nevada 89501
Telephone: 775.440.2373
Facsimile: 775.440.2376

*Attorneys for Defendant*

OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
200 S. VIRGINIA STREET, 8TH FLOOR
RENO, NV 89501
TELEPHONE: 775-440-2373

**UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF NEVADA**

TRACY THEISEN, an individual,

Plaintiff,

vs.

HARD ROCK INTERNATIONAL (USA) INC. f/k/a THE MIRAGE CASINO-HOTEL, a Florida limited-liability company; and DOES 1 through 20, inclusive,

Defendants.

Case No.: 2:26-cv-02268-GMN-MDC

**STIPULATION AND ORDER TO EXTEND DEADLINE FOR DEFENDANT TO RESPOND TO PLAINTIFF'S COMPLAINT**

**(FIRST REQUEST)**

Pursuant to Local Rules IA 6-1 and IA 6-2, Defendant, Hard Rock International (USA) INC. f/k/a The Mirage Casino-Hotel, by and through their counsel, Ogletree Deakins, and Plaintiff Tracy Theisen ("Plaintiff"), through her counsel, The Bourassa Law Group, hereby stipulate and request that Plaintiff file a First Amended Complaint on October 23, 2026, substituting HR Las Vegas, LLC for Hard Rock International (USA) Inc. as the Defendant in this action. Thereafter, HR Las Vegas, LLC shall have up to and including November 16, 2026, in which to file its response to Plaintiff's First Amended Complaint. The present deadline for Hard Rock International (USA) Inc. to file its response is October 16, 2026. This is the Parties' first request for an extension of time for Defendant to file its response.

Good cause exists to extend the response deadline. Upon service of the Complaint, counsel for the parties discussed the fact that the incorrect entity was named as the defendant, and

OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
200 S. VIRGINIA STREET, 8TH FLOOR
RENO, NV 89501
TELEPHONE: 775-440-2373

Plaintiff's counsel confirmed that he would file a First Amended Complaint naming the correct defendant. Since Hard Rock International (USA) Inc.'s response deadline is October 16, 2026, the Parties agreed that it would be more efficient to extend the deadline so that the First Amended Complaint could be filed to substitute the correct defendant prior to the response being filed. Therefore, the parties respectfully request that Plaintiff have until October 23, 2026 to file its First Amended Complaint, and that the HR Las Vegas, LLC have until up to and including November 16, 2026 to file its response to Plaintiff's Complaint.

IT IS SO STIPULATED.

DATED this ___ day of October, 2026.

THE BOURASSA LAW GROUP

By: */s/ Mark J. Bourassa*
Mark J. Bourassa
Nevada Bar No. 7999
2350 W. Charleston Blvd.
Las Vegas, NV 89102

*Attorneys for Plaintiff*

DATED this ___ day of October, 2026.

OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.

By: */s/ Molly M. Rezac*
Molly M. Rezac
Nevada Bar No. 7435
200 South Virginia Street, 8th Floor
Reno, Nevada 89501

*Attorney for Defendant*

**IT IS SO ORDERED.**

______________________________
Hon. Maximiliano D. Couvillier, III
UNITED STATES MAGISTRATE JUDGE

DATED: October 16, 2026